**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 05-371 DSD/AJB |
| Plaintiff, | |
| v. | **ORDER** |
| JOHN SCOTT ALLEN, | |
| Defendant. | |

LeeAnn K. Bell, Esq., and Nate Petterson, Esq., Assistant United States Attorneys, for the plaintiff, United States of America;

Andrew H. Mohring, Esq., Assistant Federal Public Defender, for the defendant, John Scott Allen.

Based upon the Report and Recommendation by United States Magistrate Judge Arthur J. Boylan dated January 12, 2006, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that:

1. Defendant John Scott Allen's Motion to Suppress 10/26/2005 Statement is **denied** [Docket No. 23]; and

2. Defendant John Scott Allen's Motion to Suppress Evidence Obtained as a Result of October 26, 2005 Search and Seizure is **denied** [Docket No. 28].

Dated:  February 1, 2006

                                                                        s/David S. Doty
                                                                        David S. Doty, Judge
                                                                        United States District Court